UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER - MERCED; and DOES 1 to 100,<br><br>Defendants. | Case No.  1:23-cv-00349-FJS<br><br>ORDER RE STIPULATION and PROPOSED ORDER FOR DISMISSAL OF PLAINTIFF MICHELE WALKER'S INDIVIDUAL CLASS ALLEGATIONS AND REPRESENTATIVE PAGA CLAIMS<br><br>(ECF No. 35)<br><br>SEVEN DAY DEADLINE |

The Court is in receipt of the parties' Stipulation for Dismissal of Plaintiff Michele Walker's Individual Class Allegations and Representative PAGA Claims.  (ECF No. 35.)  After reviewing the stipulation, it is unclear whether the parties seek (1) to remove Plaintiff Michele Walker from the docket (while preserving whatever status she might have as a putative class member) or (2) to dismiss her allegations as a proposed class representative but maintain her on the docket as an individually named plaintiff.  Accordingly, within seven (7) days from the date of this Order, the Court HEREBY requests a superseding stipulation that clarifies the ultimate disposition of Plaintiff Michele Walker in this action.

IT IS SO ORDERED.

Dated:   **April 9, 2026**   

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE