Janelle Carney, Esq. (Bar No. 201570)
janelle@janellecarneylaw.com
JANELLE CARNEY – ATTORNEY AT LAW, APC
1355 N. Mentor Ave., No. 40137
Pasadena, CA 91104
Tel.: (909) 521-9609

Attorneys for Plaintiffs, Michele Walker, et al.
(*Additional Plaintiffs' Counsel on next page*)

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
JASON W. KEARNAGHAN, Cal. Bar No. 207707
HILARY A. HABIB, Cal. Bar No. 293431
KHESRAW KARMAND, Cal. Bar No. 280272
350 South Grand Avenue, 40th Floor
Los Angeles, California  90071-3460
Telephone: 213-620-1780/ Facsimile: 213-620-1398
Email: rsimmons@sheppard.com
        jkearnaghan@sheppard.com
        hhabib@sheppard.com
        kkarmand@sheppard.com

Attorneys for Defendant, DIGNITY HEALTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation dba MERCY MEDICAL CENTER – MERCED, and DOES 1 to 100,<br><br>Defendants. | CASE NO. 1:23-cv-00349-FJS<br>Hon. Frank J. Singer<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION MOTIONS FILING DEADLINE BY 30 DAYS<br><br>Action Filed: May 31, 2022<br>Action Removed: March 8, 2023 |

SMRH:4900-7526-9792.2                                                  -1-

Robert L. Starr (183052)
robert@starrlaw.com
Adam M. Rose (210880)
adam@frontierlawcenter.com
Manny M. Starr (319778)
manny@frontierlawcenter.com
FRONTIER LAW CENTER
6200 Canoga Avenue, Suite 470
Woodland Hills CA 91367
Telephone: (818) 914-3433/ Facsimile: (818) 914-3433

Attorneys for Plaintiffs, Michele Walker, et al.

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 143, Plaintiffs Michele Walker, Pearl Irene Wise, and Tami Hunter-Neal ("Plaintiffs"), and Defendant Dignity Health ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

WHEREAS, on January 26, 2024, this Court entered its Preliminary Scheduling Order and Order Setting Status Conference (the "Scheduling Order");

WHEREAS, the Scheduling Order sets the following Preliminary Class Certification Dates:

1. Class Certification Motions Filing Deadlines     April 30, 2026
2. Class Certification Oppositions Filing Deadlines     August 31, 2026
3. Class Certification Replies Filing Deadlines     December 18, 2026

WHEREAS, on April 9, 2026, Defendant's counsel received confirmation that attorneys Richard Simmons and Jason Kearnaghan will begin trial on April 20, 2026, in a Private Attorney General Action ("PAGA") matter, *Erik Brown v. Cedars-Sinai Medical Center*, Los Angeles County Superior Court, Case No. BC689955 (the "PAGA Action") as lead counsel;

WHEREAS, on April 9, 2026, the court in *Jannette Diederichs v. Los Robles Regional Medical Center et al.*, Ventura County Superior Court Case No. 56-2022-00569228-CU-OE-VTA, denied Defendants' counsel's ex parte application for a 30-day continuance of the trial scheduled for April 27, 2026, and thus attorneys Jason Kearnaghan and Khesraw Karmand are scheduled to begin trial in that matter on April 27, 2026 as lead counsel;

WHEREAS, on April 9, 2026; Defendant's counsel informed Plaintiffs' counsel of the aforementioned scheduling conflicts, and the Parties agreed to a 30-day continuance of the parties' respective Class Certification Motions Filing Deadlines;

NOW THEREFORE, the Parties hereby STIPULATE AND AGREE as follows:

1.    The Class Certification Motions Filing Deadline (for Plaintiffs' Motion for Class Certification and Defendant's Motion to Deny Class Certification) is continued by 30 days from April 30, 2026, to June 1, 2026.[1]

Dated: April 15, 2026          JANELLE CARNEY – ATTORNEY AT LAW, APC
                               FRONTIER LAW CENTER


                               By:        /s/ Janelle Carney
                                   Janelle Carney, Attorney for Plaintiffs

Dated: April 15, 2026          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                               By:        /s/ Hilary A. Habib
                                   RICHARD J. SIMMONS
                                   JASON W. KEARNAGHAN
                                   HILARY A. HABIB
                                   KHESRAW KARMAND
                                   Attorneys for Defendant, DIGNITY HEALTH

---

[1] Because the new deadline falls on Saturday, May 30, 2026, it is extended to the next business day (June 1, 2026).

ORDER

Pursuant to the stipulation to continue class certification motion filing deadline by thirty (30) days, and good cause having been shown;

IT IS HEREBY ORDERED that the class certification motions filing deadline (for Plaintiffs' motion for class certification and Defendant's motion to deny class certification) is continued by thirty (30) days from April 30, 2026, to June 1, 2026.

IT IS SO ORDERED.

Dated:  __April 15, 2026__

_____
FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

SMRH:4900-7526-9792.2                                    -3-