UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER - MERCED; and DOES 1 to 100,<br><br>      Defendants. | CASE NO. 1:23-cv-00349-FJS<br>Hon. Frank J. Singer<br><br>CLASS ACTION<br><br>ORDER FOR DISMISSAL OF PLAINTIFF MICHELE WALKER'S INDIVIDUAL CLASS ALLEGATIONS AND REPRESENTATIVE PAGA CLAIMS<br><br>(ECF No. 39.) |

ORDER FOR DISMISSAL OF PLAINTIFF MICHELE WALKER'S INDIVIDUAL CLASS
ALLEGATIONS AND REPRESENTATIVE PAGA CLAIMS

ORDER

Pursuant to the parties' April 17, 2026, Stipulation (ECF No. 39), IT IS ORDERED:

1. Walker's individual proposed class allegations and Representative PAGA Claims are dismissed without prejudice (she shall no longer be a proposed class representative or a representative for the PAGA claims);

2. Walker will submit a withdrawal of her letter, Case No. LWDA-CM-885506-22 to the Labor & Workforce Development Agency ("LWDA") by April 30, 2026;

3. Walker may proceed only as a putative class member and an alleged aggrieved employee;

4. The remaining proposed class representatives and/or private attorney generals will not use or rely on any declarations from Walker in seeking class certification or otherwise;

5. Each party is responsible for their own costs and attorneys' fees incurred to date; and

6. The Clerk of Court is directed to terminate this named Plaintiff Michele Walker only from the docket (while preserving whatever status she might have as a putative class member).

IT IS SO ORDERED.

Dated:    **April 20, 2026**                          _____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

1

ORDER FOR DISMISSAL OF PLAINTIFF MICHELE WALKER'S INDIVIDUAL CLASS ALLEGATIONS AND REPRESENTATIVE PAGA CLAIMS