UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER - MERCED; and DOES 1 to 100,<br><br>      Defendants | CASE NO. 1:23-cv-00349-FJS<br><br>CLASS ACTION<br><br>ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION FILING DEADLINE BY 30 DAYS<br><br>(ECF No. 43) |

ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION FILING DEADLINE BY 30 DAYS

ORDER

On May 19, 2026, the parties submitted a stipulation to extend the class certification motion filing deadline. (ECF No. 43.) The parties stated that they are attempting to resolve Defendant's production of time records and scheduling the deposition of Plaintiff Pearl Irene Wise. (ECF No. 43 at 3.) Additionally, Plaintiff's counsel is working on a motion to be relieved of counsel for Plaintiff Tami Hunter-Neal. (ECF No. 43 at 3.) Pursuant to the stipulation to continue class certification motion filing deadline by 30 days (ECF No. 43), and good cause having been shown;

IT IS HEREBY ORDERED THAT:

1.    The class certification motions filing deadline is continued by thirty (30) days from June 1, 2026, to July 1, 2026.

IT IS SO ORDERED.

Dated:    **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

ORDER TO CONTINUE CLASS CERTIFICATION MOTION FILING DEADLINE BY 30 DAYS