UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated, | Case No. 1:23-CV-00349-FJS |
| Plaintiffs, | ORDER TO FILE A STATUS REPORT AS TO ATTORNEY THEODORE R. TANG |
| v. | FOURTEEN (14) DAY DEADLINE |
| DIGNITY HEALTH, et al., | |
| Defendants. | |

On March 8, 2026, Plaintiff Michele Walker, Pearl Irene Wise, and Tami Hunter-Neal (collectively "Plaintiffs") had their putative class action removed to the U.S. District Court for the Eastern District of California. (ECF No. 1.)

On May 14, 2026, Frontier Law Center moved to withdraw as attorneys for Plaintiff Tami Hunter-Neal. (ECF No. 41.) In its motion, Frontier Law Center designates Robert L. Starr, Manny Star, and Adam Rose as attorneys for Plaintiffs and provides contact information associated with Frontier Law Center. (*Id.*) Yet the court notes that the docket as displayed on CM/ECF currently indicates that only attorney Emanuel M. Starr (presumably Manny Starr) has address information associated with Frontier Law Center. The court cannot find an entry noticing the court of a change in address information from Frontier Law Center to the Law Offices of Robert L. Starr for attorneys Theodore R. Tang, Robert L. Starr, and Adam Rose.

Local Rule 182(a)(2) provides that "appearance as an attorney of record is made by … causing the attorney's name to be listed in the upper left-hand corner of the first page of the initial document." L.R. 182(a)(2). On April 4, 2023, the following Frontier Law Center attorneys listed their names in the upper left-hand corner of Plaintiffs' motion to remand to state court: Robert L. Starr, Adam Rose, Manny Starr, and Theodore R. Tang. (*See* ECF No. 4.) Based on the attorney's listed on Frontier Law Center's May 14, 2026, motion to withdraw as attorneys (ECF No. 41), the court terminated Robert L. Starr, Emanuel M. Starr, and Adam Rose as attorneys of record for Plaintiff Tami Hunter-Neal. (*See* ECF No. 46.)

Currently, attorney Theodore R. Tang remains active as a listed counsel of record for Plaintiff Tami Hunter-Neal. Given the July 1, 2026, class certification deadline, and the lack of communication from Plaintiff Tami Hunter-Neal, the court finds it necessary to confirm the status of attorney Theodore R. Tang as counsel in this action.

Accordingly, it is HEREBY ORDERED that:

(1) Attorney Theodore R. Tang shall file a status report indicating whether he intends to continue to represent Plaintiff Tami Hunter-Neal in this action no later than fourteen (14) days from the date of this order; and

(2) Attorneys for plaintiff are further advised that pursuant to Local Rule 182(f) each appearing attorney is under a continuing duty to notify the Clerk and all other parties of any change of address. L.R. 182(f).

IT IS SO ORDERED.

Dated:    **June 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE