UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER - MERCED; and DOES 1 to 100,<br><br>Defendants | Case No. 1:23-CV-00349-FJS<br><br>ORDER GRANTING IN PART THE STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINES; ORDER DENYING IN PART THE STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINES<br><br>(ECF No. 52) |

On June 23, 2026, the parties filed their stipulation to continue class certification motions, oppositions, and reply filing deadlines by thirty (30) days. (*See* ECF No. 52.) This is the parties' third stipulation to continue the class certification deadlines. (*See* ECF Nos. 37, 43, 52.) The parties indicate that continuance of the July 1, 2026, class certification deadline along with corresponding deadlines by thirty (30) days is necessary because "their respective experts need time to review and analyze Defendant's supplemental production of time records [which are expected to be produced by June 26, 2026,] and because of the uncertainty of the status of Ms. Hunter-Neal." (ECF No. 52 at 4.)

Under the Federal Rules of Civil Procedure, the court must determine by order whether to certify the action as a class action "[a]t an early practicable time after a person sues or is sued as a class representative." Fed. R. Civ. P. 23(c)(1)(A). Because this action was removed to federal court on March 8, 2023, the court finds it necessary to limit the current sought-for extension of the class certification deadlines. Future extensions should not be anticipated absent a showing of extremely good cause. Recognizing the uncertainty of Plaintiff Tami Hunter-Neal in this action and noting that she has until July 2, 2026, to show cause as to whether her claims should be dismissed (ECF No. 51), the court will grant a fourteen (14) day extension of the existing class certification deadlines.

Accordingly, it is HEREBY ORDERED that the parties' stipulation to continue class certification deadlines is GRANTED IN PART and DENIED IN PART. It is HEREBY ORDERED that the deadlines be modified as follows:

(1) The class certification motion filing deadline is continued from July 1, 2026, to July 15, 2026; and

(2) The class certification response filing deadline is continued from August 31, 2026, to September 14, 2026; and

(3) The class certification reply filing deadline is continued from December 18, 2026, to January 4, 2027.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE