UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEAL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER – MERCED; and DOES 1 to 100,<br><br>Defendants. | Case No. 1:23-cv-00349-FJS<br><br>ORDER RE: ORDER TO SHOW CAUSE WHY PLAINTIFF TAMI HUNTER-NEAL SHOULD NOT BE DISMISSED AS CLASS PLAINTIFF<br><br>(ECF No. 51)<br><br><u>FOURTEEN (14) DAY DEADLINE</u><br><br>ORDER DIRECTING THE CLERK OF COURT TO UPDATE THE ADDRESS OF PLAINTIFF TAMI-HUNTER NEAL |

On June 10, 2026, the court dismissed several of the attorneys listed as Plaintiff Tami Hunter-Neal's ("Plaintiff") counsel of record. (*See* ECF No. 46.) On June 18, 2026, this court discharged Plaintiff's remaining counsel of record, attorney Theodore Tang. (*See* ECF No. 51.)

Due to Plaintiff's ongoing lack of communication, the court further ordered Plaintiff to show cause within fourteen (14) days why she should not be dismissed as class plaintiff for failure to prosecute. (*Id.*) The court notes, however, that there is no indication that Plaintiff received a copy

of the court's order to show cause. (*See* Dkt.) Moreover, Plaintiff is now proceeding without counsel. Out of an abundance of caution, the court finds it necessary to ensure Plaintiff receives proper notice of the court's order. Accordingly, the court will continue Plaintiff's time to respond to the court's order to show cause (ECF No. 51) and direct the Clerk of Court to send Plaintiff a copy of both the instant order and the previous order to show cause.

The court will direct Plaintiff to show cause as to why her individual claims should not be dismissed for failure to prosecute in a separate order.

Accordingly, the court HEREBY ORDERS the following:

(1) The Clerk of the Court is directed to update the docket to reflect that Plaintiff Tami Hunter-Neal is now proceeding *pro se*;

(2) The Clerk of Court is directed to update the docket to reflect that 357 W. Alexander Ave., Merced, CA 95348, is Plaintiff Tami Hunter Neal's last known address of record;

(3) The Clerk of the Court is directed to provide Plaintiff Tami Hunter Neal a copy of this order and the previous order to show cause (ECF No. 51); and

(4) Plaintiff Tami Hunter-Neal's deadline to respond to the court's order to show cause why she should not be dismissed as class plaintiff is continued from July 2, 2026, to July 31, 2026.

IT IS SO ORDERED.

Dated: **July 17, 2026**

UNITED STATES MAGISTRATE JUDGE