UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER -- MERCED; and DOES 1 to 100,

Defendants.

Case No. 1:23-cv-00349-FJS

ORDER TO SHOW CAUSE WHY PLAINTIFF TAMI HUNTER-NEAL'S INDIVIDUAL CLAIMS SHOULD NOT BE DISMISSED

FOURTEEN (14) DAY DEADLINE

On June 10, 2026, this court allowed the following attorneys to withdraw as counsel of record for Class Plaintiff Tami Hunter-Neal ("Plaintiff"): Janelle Carney, Emanuel M. Starr, Robert L. Starr, and Adam Rose. (ECF No. 46.) On June 18, 2026, the court dismissed Plaintiff's remaining counsel of record, attorney Theodore Tang. (*See* ECF No. 51.) The court further directed Plaintiff to show cause why she should not be dismissed as class plaintiff for failure to prosecute. (*Id.*) The withdrawal motions were granted because of Plaintiff's failure to communicate; and Plaintiff did not respond to the court's previous order to show cause. Accordingly, the court now finds it necessary to order Plaintiff to show cause why her individual claims should not be dismissed for failure to prosecute.

To the extent that Plaintiff wishes to proceed *pro se* over her individual claims only, Plaintiff must seek leave to do so by way of a properly noticed motion or through stipulation. *See Connelly v. Starbucks Corp.,* No. 1:21-CV-00746-DAD-SAB, 2022 WL 686303, at *2 (E.D. Cal. Mar. 8, 2022). Given the consistent absence of engagement from Plaintiff, the court hereby notifies Plaintiff that a failure to respond to this order will be construed by the court as a failure to prosecute. *Grayson v. Perez*, No. 1:24-CV-00311-KES-SKO, 2025 WL 333950 (E.D. Cal. Jan. 29, 2025) (holding that plaintiffs who fail to avail themselves of an opportunity to amend or file a notice of voluntary dismissal are subject to a subsequent dismissal for failure to prosecute). If Plaintiff instead wishes to pursue this action as to her individual claims, she must respond to this order to show cause.

Accordingly, it is HEREBY ORDERED that:

(1) Plaintiff shall respond to this order to show cause within fourteen (14) days of this order clarifying whether she intends to pursue her individual claims and whether she has or intends to retain new counsel to represent her in pursuit of her individual claims.

(2) The Clerk of the Court is directed to provide Plaintiff with a copy of this order at her last known address of record: 357 W. Alexander Ave., Merced, CA 95348.

IT IS SO ORDERED.

Dated: **July 22, 2026**

UNITED STATES MAGISTRATE JUDGE