UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DIGNITY HEALTH, a California Corporation dba MERCY MEDICAL CENTER – MERCED and DOES 1 to 100,

Defendant.

Case No. 1:23-cv-00349-FJS

ORDER TO CONTINUE THE SEPTEMBER 11, 2026, MOTION HEARING IN RE: PLAINTIFF'S MOTION TO STRIKE

On August 7, 2026, Plaintiff Pearl Irene Wise filed a motion to strike class member employee declarations (ECF No. 60) which were filed in support of Defendant Dignity Health's motion to deny class certification (ECF No. 56). Due to the scheduling needs of the court, the MOTION HEARING currently set for September 11, 2026, is continued to September 25, 2026, at 10:30 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall appear at the hearing remotely by telephone. The parties will be provided with the telephonic hearing information by the courtroom deputy prior to the hearing. The hearing number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 2, 2026**

UNITED STATES MAGISTRATE JUDGE