UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER - MERCED; and DOES 1 to 100,<br><br>Defendants. | Case No. 1:23-CV-00349-FJS<br><br>ORDER RE: STIPULATION TO CONTINUE OPPOSITION DEADLINES TO THE MOTION FOR CLASS CERTIFICATION AND THE MOTION TO DENY CLASS CERTIFICATION<br><br>(ECF No. 63) |

On August 28, 2026, the parties filed their joint stipulation to continue the opposition deadline for both the motion for class certification (ECF No. 54) and the motion to deny class certification (ECF No. 56). (*See generally* ECF No. 63.) The instant stipulation requests that this court extend the opposition deadlines from September 14, 2026, to October 16, 2026. (*Id.*)

The parties' requested extension relies, in part, on a motion hearing (ECF No. 60) initially set for September 11, 2026. (*See* ECF No. 63 at 3.) Yet the court, in a separate order, continued that September 11, 2026, hearing to September 25, 2026. (ECF No. 65.) Due to this recent scheduling change to the hearing, the court will extend the opposition deadlines by an additional two weeks beyond the parties' stipulation.

Accordingly, it is HEREBY ORDERED that the parties' stipulation to continue the opposition deadlines for the motion for class certification and the motion to deny class certification is GRANTED IN PART. It is FURTHER ORDERED that the deadlines be modified as follows:

(1) The deadline to file opposition papers to Plaintiff's motion for class certification (ECF No. 54) and Defendant's motion to deny class certification (ECF No. 56) is continued from September 14, 2026, to October 30, 2026; and

(2) All other deadlines remain unchanged. The reply deadline of January 4, 2027, for Plaintiff's motion for class certification and Defendant's motion to deny class certification is unaffected by this order; and

(3) The hearing on Plaintiff's motion for class certification and Defendant's motion to deny class certification remains set for January 22, 2027, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

IT IS SO ORDERED.

Dated: **September 2, 2026**

UNITED STATES MAGISTRATE JUDGE