UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER – MERCED; and DOES 1 to 100,<br><br>Defendants. | Case No. 1:23-CV-00349-FJS<br><br>ORDER GRANTING DEFENDANT DIGNITY HEALTH'S REQUEST FOR SUPPLEMENTAL BRIEFING IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DECLARATIONS<br><br>(ECF No. 67)<br><br>ORDER RE: MOTION TO STRIKE<br><br>(ECF No. 60) |

I. <u>BACKGROUND</u>

On March 8, 2023, Plaintiffs Michele Walker, Pearl Irene Wise, and Tami Hunter-Neal brought the above captioned putative class action against Defendant Dignity Health ("Defendant"). (ECF No. 1)

On August 7, 2026, Plaintiff Pearl Irene Wise ("Plaintiff") filed her motion to strike putative class member employee declarations (ECF No. 60). The motion is currently scheduled for oral argument on September 25, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

On September 18, 2026, Defendant filed their request for leave to file supplemental briefing to address "a judicial estoppel argument that came to light during the preparation of Dignity's opposition to Plaintiff's motion to disqualify Sheppard, Mullin, Richter & Hampton LLP currently pending in the related action, *Van Bebber v. Dignity Health*, Case No. 1:19-cv-00264-KES-EPG ("*Van Bebber*")." (ECF No. 67.) The court now proceeds to a discussion of Defendant's request for supplemental briefing.

II. <u>DISCUSSION</u>

In their request for leave to file supplemental briefing, Defendant outlines previous representations made by Plaintiffs in Merced County Superior Court that allegedly contradict Plaintiffs' recent representations in the related *Van Bebber* action. (*See* ECF No. 67 at 2-3.) Defendant further contends that Plaintiff's statements bear directly on the pending motion to strike. (*Id.* at 3.)

Local Rule 230(m) states:

> After a reply is filed, no additional memoranda, papers, or other materials may be filed without prior Court approval except:
>
> (1) Objection to Reply Evidence. If new evidence has been submitted with the reply brief, the opposing party may file and serve, no later than seven (7) days after the reply is filed, an Objection to Reply Evidence stating its objections to the new evidence. The Objection to Reply Evidence may not include further argument on the motion
>
> (2) Notice of Supplemental Authority. Any party may file a notice of supplemental authority to bring the Court's attention to a relevant judicial opinion issued after the date that party's opposition or reply was filed. The notice of supplemental authority may contain a citation to the new authority but may not contain additional argument on the motion.

L.R. 230(m).

Given the substantial overlap between Plaintiff's motion to disqualify in the *Van Bebber* action and the pending motion to strike in *Walker*, the court finds necessary to grant Defendant leave to file supplemental briefing to address which of Plaintiff's arguments in the above captioned matter may be subject to judicial estoppel. To ensure that both Parties have an adequate opportunity to brief the judicial estoppel argument, the court will also grant Plaintiff leave to file supplemental briefing solely on the issue of judicial estoppel.

## III. CONCLUSION AND ORDER

After careful consideration, the Court HEREBY GRANTS Defendant's request for leave to file supplemental briefing (ECF No. 67). Accordingly, it is HEREBY ORDERED that:

(1) Defendant SHALL file their supplemental briefing no later than 4:00 PM on September 22, 2026. Defendant's supplemental briefing SHALL NOT exceed five pages in length.

(2) Plaintiff SHALL file any responsive supplemental briefing no later than September 29, 2026, at 4:00 PM. Plaintiff's supplemental briefing SHALL NOT exceed five pages in length.

(3) The motion hearing currently set for September 25, 2026, is continued to September 30, 2026, at 3:00 PM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

IT IS SO ORDERED.

Dated: **September 21, 2026**

UNITED STATES MAGISTRATE JUDGE