UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE WALKER, PEARL IRENE WISE, AND TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER – MERCED; and DOES 1 to 100,<br><br>Defendants. | Case No. 1:23-CV-00349-FJS<br><br>ORDER RE: STIPULATION RE DEPOSITION LIMIT UNDER FRCP 30(a)(2)(A)(i)<br><br>(ECF No. 74) |

Pursuant to Federal Rules of Civil Procedure section 30(a)(2)(A)(i), Plaintiff Pearl Irene Wise and Defendant Dignity Health ("Dignity" and together with Plaintiff, the "Parties"), through their respective undersigned counsel, have met and conferred regarding the ten-deposition per party limit, and hereby stipulate as follows:

WHEREAS, on July 15, 2026, Dignity submitted 21 declarations in support of its motion to deny class certification (Dkt. 56-1, 56-2.);

WHEREAS, on August 7, 2026, Plaintiff filed a motion to strike the declarations Dignity submitted in support of its motion to deny class certification (Dkt. 60-1);

WHEREAS, following the filing of Plaintiff's motion to strike, the Parties met and conferred and agreed they both intended to take the depositions of the 21 declarants;

WHEREAS, on August 28, 2026, the Parties filed a joint stipulation to the Court seeking an extension on their opposition deadlines to Plaintiff's motion for class certification and Dignity's motion to deny class certification to allow time for the Parties to take the depositions of the 21 declarants (Dkt. 63), which the Court granted; and

WHEREAS, the Parties now wish to memorialize their agreement to exceed the ten-deposition limit pursuant to Federal Rules of Civil Procedure section 30(a)(2)(A)(i).

NOW THEREFORE, the Parties hereby STIPULATE AND AGREE as follows:

1. The Parties' agree to exceed the ten-deposition limit under Federal Rules of Civil Procedure section 30(a)(2)(A)(i) to take the depositions of the 21 declarants who provided declarations in support of Dignity's motion to deny class certification.

2. The depositions of the 21 declarants will not be counted against either party's ten-deposition limit and without prejudice to seeking additional depositions in preparation for trial.

3. The Parties request the Court enter this stipulation as an order in this action.

/ /

/ /

/ /

/ /

/ /

/ /

Dated: October 2, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Nasim Khansari*

RICHARD J. SIMMONS
JASON W. KEARNAGHAN
HILARY A. HABIB
RICHARD B. AZADA
NASIM KHANSARI

Attorneys for Defendant
DIGNITY HEALTH

Dated: October 2, 2026

JANELLE CARNEY – ATTORNEY AT LAW, APC
FRONTIER LAW CENTER

By */s/ Janelle Carney* (with permission)

JANELLE CARNEY

Attorneys for Plaintiff
Pearl Irene Wise

ORDER

Pursuant to the Stipulation Re Deposition Limit Under FRCP 30(a)(2)(A)(i), and good appearing, IT IS HEREBY ORDERED:

1. The Parties may exceed the ten-deposition limit under Federal Rules of Civil Procedure section 30(a)(2)(A)(i) to take the depositions of the 21 declarants who provided declarations in support of Defendant Dignity Health's motion to deny class certification.

2. The depositions of the 21 declarants will not be counted against either party's ten-deposition limit and without prejudice to seeking additional depositions in preparation for trial.

IT IS SO ORDERED.

Dated: **October 2, 2026**

UNITED STATES MAGISTRATE JUDGE