UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELE WALKER, PEARL IRENE WISE, and TAMI HUNTER-NEAL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER – MERCED; and DOES 1 to 100,

Defendants.

Case No. 1:23-CV-00349-FJS

ORDER GRANTING THE JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION OPPOSITION AND REPLY DEADLINES AND HEARINGS

(ECF No. 78)

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 143, Plaintiff Pearl Irene Wise ("Plaintiff"),[1] and Defendant Dignity Health ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree to the following:

WHEREAS, pursuant to this Court's September 2, 2026 Order Re: Stipulation To Continue Opposition Deadlines To The Motion For Class Certification And The Motion To Deny

[1] On April 20, 2026, Michele Walker was dismissed as a proposed class representative and a representative for the PAGA claims. *See* ECF No. 40. On September 24, 2026, the Court directed the Clerk to terminate Plaintiff Tami-Hunter Neal as Plaintiff in this case. *See* ECF No. 70.

Class Certification (ECF No. 66), the following dates and deadlines are presently in effect:

(1) The deadline to file an opposition to Plaintiff's motion for class certification (ECF No. 54) and Defendant's motion to deny class certification (ECF No. 56) is **October 30, 2026**;

(2) The deadline to file a reply to Plaintiff's motion for class certification and Defendant's motion to deny class certification is **January 4, 2027**; and

(3) The hearing on Plaintiff's motion for class certification and Defendant's motion to deny class certification is set for **January 22, 2027, at 10:00 AM** in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

WHEREAS, on July 15, 2026, Dignity submitted 21 declarations in support of its motion to deny class certification (ECF No. 56).

WHEREAS, on August 7, 2026, Plaintiff filed a motion to strike the declarations Dignity submitted in support of its motion to deny class certification (Dkt. 60-1).

WHEREAS, following the filing of Plaintiff's motion to strike, the Parties met and conferred and agreed they both intended to take the depositions of the 21 declarants.

WHEREAS, on August 28, 2026, the Parties filed a joint stipulation to the Court seeking an extension on their opposition deadlines to Plaintiff's motion for class certification and Dignity's motion to deny class certification to allow time for the Parties to take the depositions of the 21 declarants (Dkt. 63), which the Court granted.

WHEREAS, on September 30, 2026, a hearing on Plaintiff's Motion to Strike Declarations in support of Defendant's motion to deny class certification went forward, and the Court's ruling on this Motion presently remains pending (ECF No. 60, 61, 67, 68, 69, 71).

WHEREAS, despite the parties' best efforts, due to declarants' personal scheduling conflicts, Defendant has not been able to compel all of the declarants' attendance at deposition, and complete all of the declarants' depositions.

WHEREAS, the Parties have met and conferred and have agreed to request an additional but brief continuance of three weeks to file their respective oppositions and replies in order to complete the outstanding depositions;

NOW THEREFORE, the Parties hereby STIPULATE AND AGREE as follows:

1. The Class Certification Oppositions Filing Deadline (for Plaintiffs' Motion for Class Certification and Defendant's Motion to Deny Class Certification) is continued from October 30, 2026, to November 20, 2026.

2. The Class Certification Replies Filing Deadline (for Plaintiffs' Motion for Class Certification and Defendant's Motion to Deny Class Certification) is continued from January 4, 2027, to January 25, 2027.

3. The hearings on Plaintiff's motion for class certification and Defendant's motion to deny class certification are continued from January 22, 2027 to February 12, 2027 (or another date thereafter on which the Court is available), at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

Dated: October 15, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *⁄s⁄ Nasim Khansari*

RICHARD J. SIMMONS
JASON W. KEARNAGHAN
HILARY A. HABIB
RICHARD B. AZADA
NASIM KHANSARI

Attorneys for Defendant
DIGNITY HEALTH

Dated: October 15, 2026

JANELLE CARNEY – ATTORNEY AT LAW, APC
FRONTIER LAW CENTER

By */s/ Janelle Carney* (with permission)

JANELLE CARNEY

Attorney for Plaintiff
Pearl Irene Wise

ORDER

Pursuant to the Stipulation to Continue Class Certification Oppositions and Replies Filing Deadlines and Hearings, and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The Class Certification Oppositions Filing Deadline (for Plaintiffs' Motion for Class Certification and Defendant's Motion to Deny Class Certification) is continued from October 30, 2026, to November 20, 2026.

2. The Class Certification Replies Filing Deadline (for Plaintiffs' Motion for Class Certification and Defendant's Motion to Deny Class Certification) is continued from January 4, 2027, to January 25, 2027.

3. The hearings on Plaintiff's motion for class certification and Defendant's motion to deny class certification are continued from January 22, 2027, to February 12, 2027, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE